**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Amy Davidson, Petitioner,

v.

City of Beaufort, Branch Banking & Trust of South Carolina, Collins Engineering, Inc., Brantley Construction Company, Inc., and Tidal Wave 23, LLC, Defendants, of whom Collins Engineering Inc., Brantley Construction Company, Inc., and Tidal Wave 23, LLC, are Respondents.

and

Phillip Davidson, Petitioner,

v.

City of Beaufort, Branch Banking & Trust of South Carolina, Collins Engineering Inc., Brantley Construction Company, Inc., and Tidal Wave 23, LLC, Defendants, of whom Collins Engineering, Inc., Brantley Construction Company, Inc., and Tidal Wave 23, LLC, are Respondents.

Appellate Case No. 2011-199428

———————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————

Memorandum Opinion No. 2014-MO-010
Heard February 19, 2014 – Filed April 16, 2014

**DISMISSED AS IMPROVIDENTLY GRANTED**

H. Fred Kuhn, Jr. and James H. Moss, both of Moss
Kuhn & Fleming, PA, of Beaufort, for Petitioners.

H. Michael Bowers and Laura Johnson Evans, both of
Smith Moore Leatherwood, LLP, M. Dawes Cooke, Jr.
and Phillip S. Ferderigos, both of Barnwell Whaley
Patterson & Helms, LLC, R. Patrick Flynn and Robert J.
Cardillo, both of Robertson Hollingsworth & Flynn, all
of Charleston, for Respondents.

**PER CURIAM:** After careful review of the Appendixes, Briefs, and Record, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, Acting Chief Justice, BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice James E. Moore, concur.**